# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00743-CV

**In re Edmund B. Heimlich**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Edmund B. Heimlich filed a "Writ of Mandamus, Injunction, and Prohibition" on November 29, 2006. He thereafter informed this Court that "[t]he Writ is not a 'petition' for action by the Court. It does not require any action by a Court Officer." He explained that the purpose of his November 29 filing was merely to submit his statements as part of the public record so that this Court and the Comptroller are on notice of the law. Because Heimlich does not request any actionable relief, we deny his writ of mandamus, injunction, and prohibition. *See* Tex. R. App. P. 52.8(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: December 8, 2006